1

2                **UNITED STATES DISTRICT COURT**

3              **EASTERN DISTRICT OF WASHINGTON**

4

5  DEBORAH D. CLARK,                    )
                                        )
6          Plaintiff,                   )
                                        )        NO.  CV-10-397-JPH
7      vs.                              )
                                        )        **JUDGMENT IN A**
8  MICHAEL J. ASTRUE,                   )          **CIVIL CASE**
   Commissioner of Social Security,     )
9                                       )
           Defendant.                   )
10                                      )
   _____     )
11

12     **STIPULATION BY THE PARTIES:**

13         The parties have stipulated to the remand of the captioned matter pursuant

14  to sentence four of 42 U.S.C. § 405(g).

15     **IT IS ORDERED AND ADJUDGED** that:

16         The matter is **REMANDED** for additional proceedings pursuant to sentence

17  four of 42 U.S.C. § 405(g).  Judgment is entered for Plaintiff and the file shall be

18  **CLOSED.**

19         DATED this  15th   day of  November, 2011.

20                                     JAMES R. LARSEN
                                       District Court Executive/Clerk
21

22

23                                     by: __s/ Karen White_____
                                              Deputy Clerk
24

25  cc: all counsel

26